HAMNER LAW OFFICES, APLC
Christopher J. Hamner (SBN 197117)
chamner@hamnerlaw.com
26565 West Agoura Road, Suite 200-197
Calabasas, California 91302
Telephone: (888) 416-6654

Attorney for Plaintiff
JANETTA BANKS

SEYFARTH SHAW LLP
Daniel C. Whang (SBN 223451)
dwhang@seyfarth.com
David Rosenberg (SBN 292094)
drosenberg@seyfarth.com
Catherine S. Feldman (SBN 299060)
cfeldman@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
FLOOR AND DECOR OUTLETS OF
AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA BANKS, an individual California resident, and the proposed class,<br><br>Plaintiff,<br><br>v.<br><br>FLOOR AND DECOR OUTLETS OF AMERICA, INC., a Delaware corporation, et al.,<br><br>Defendant. | Case No. 2:20-CV-02573-JWH-MAAx<br><br>**FINAL JUDGMENT**<br><br>Complaint Filed: March 18, 2020<br>Trial Date: None Set |

Pursuant to the Court's Order Granting Plaintiff Janetta Banks' ("Plaintiff") Amended Motion for Approval of PAGA Settlement and Release ("Order"), (Dkt. No. 32,) it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. Judgment in this matter is entered in accordance with the terms of the Order and the Parties' Settlement Agreement and Release of PAGA Claims ("PAGA Settlement Agreement"). Unless otherwise provided, all capitalized terms used herein shall have the same meaning as defined in the PAGA Settlement Agreement.

2. The Court has jurisdiction over the subject matter of this Action, the Plaintiff, the PAGA Settlement Members, and Defendant Floor and Decor Outlets of America, Inc. ("Defendant"). This Judgment shall be binding on all PAGA Settlement Members and the State of California.

3. Without affecting the finality of the Judgment, the Court shall retain jurisdiction with respect to all matters related to the administration and implementation of the PAGA Settlement Agreement and any and all claims asserted in, arising out of, or related to the claims made in this lawsuit, including but not limited to all matters related to the settlement and the determination of all controversies relating thereto.

4. Pursuant to California Labor Code § 2699(I)(2), the Court approves the PAGA Settlement Agreement and finds that it is fair, reasonable, and adequate, and consistent with the underlying purpose of PAGA's objectives.

5. The Court further finds that notice of the Settlement was provided to the LWDA, as required by California Labor Code § 2699(I)(2).

6. Plaintiff and Defendant are directed to perform in accordance with the terms set forth in the PAGA Settlement Agreement, and specifically, Defendant shall deposit the Total Settlement Payment with the Settlement Administrator, Phoenix Settlement Administrators, who will then ensure payments to the LWDA, the PAGA Settlement Members, Plaintiff, and Plaintiff's Counsel, as provided for and in the respective amounts set forth in the PAGA Settlement Agreement.

7. This Judgment resolves and extinguishes all PAGA claims of the PAGA Settlement Members and the State of California during the PAGA Period, which is defined as the period from February 6, 2019, through May 19, 2021 (*i.e.*, the date of approval of the PAGA Settlement Agreement).

8. Plaintiff's PAGA claims are dismissed with prejudice.

9. This Judgment is not a finding of any wrongdoing by Defendant but is a result of a stipulated settlement and judgment reached by the Parties.

10. This document shall constitute a judgment.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: May 26, 2021

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE